CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
MAY 26 2005
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GORDON FRANKLIN SPROUSE, | ) | CIVIL ACTION NO. 7:04CV00596 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | FINAL ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | JUDGE JAMES H. MICHAEL, JR. |

Before the court are: (1) petitioner's motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255, filed on October 13, 2004; (2) petitioner's discovery motion to obtain access to an original tape recording and recorder, also filed on October 13, 2004; and (3) the government's motion for summary judgment, filed February 17, 2004. For the reasons set forth in the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Respondent's motion for summary judgment shall be and hereby is GRANTED;

2. Petitioner's motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is DENIED;

3. Petitioner's motion to obtain access to the original tape recording and tape recorder on which it was made, shall be and hereby is DENIED;

4. This action is hereby stricken from the active docket of the court.

The Clerk is directed to sent certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTERED: _____
Senior United States District Judge

5/26/2005
Date